1016

No. 625. Habib v. Edwards. C. A. D. C. Cir. Certiorari denied. *Raphael G. Urciolo* and *Herman Miller* for petitioner.

No. 627. Libbey-Owens-Ford Glass Co. v. McCulloch, Chairman, National Labor Relations Board, et al. C. A. D. C. Cir. Certiorari denied. *Guy Farmer* and *Arnold F. Bunge, Sr.,* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondents.

No. 629. In re Succession of Andrau (Bank of the Southwest National Assn., Houston v. Siegler et al.). Sup. Ct. La. Certiorari denied. *L. Keith Simmer* for petitioner. *Claude R. Miller* for respondents Siegler et al.

No. 630. Barnes et al. v. United States. Ct. Cl. Certiorari denied. *Eberhard P. Deutsch, René H. Himel, Jr.,* and *Charles K. Reasonover* for petitioners. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *Alan S. Rosenthal* for the United States.

No. 635. Friedman et ux. v. Chesapeake & Ohio Railway Co. et al. C. A. 2d Cir. Certiorari denied. *Abraham Glasser* for petitioners. *Carl E. Newton* and *M. Lauck Walton* for Chesapeake & Ohio Railway Co., and *Eugene Z. DuBose* and *John L. Rogers, Jr.,* for Baltimore & Ohio Railroad Co., respondents.

No. 640. Ultimate Research & Development Corp. et al. v. Taylor Wine Co., Inc. C. A. 2d Cir. Certiorari denied. *Hoffman Stone* for petitioners.